THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE  CITED OR RELIED
ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Marvin Young,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

 ON WRIT OF CERTIORARI 

Appeal From Spartanburg County
Gary E. Clary, Trial Judge
J. Derham Cole, Post-Conviction Relief 
 Judge

Memorandum Opinion No. 2004-MO-032
Submitted June 14, 2004 - Filed June 
 28, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, S.C. Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Allen Bullard, and Assistant 
 Attorney General Douglas Leadbitter, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding 
 that petitioner did not knowingly and intelligently waive his right to a direct 
 appeal, we grant certiorari, dispense with further briefing, and proceed with 
 a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 
 290, 342 S.E.2d 60 (1986).
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, 
 after review pursuant to Anders v. California, 386 U.S. 738 (1967).  
 Counsels motion to be relieved is granted.
DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.